An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUBY N. MURCHISON; FREDERICK D. MURCHISON, JR.; DELBERT E. FIELDS; FREDDIE D. SCOTT; FRANCELLA MURCHISON; CHERYL P. CHURCH, INDIVIDUALLY, AND AS HEIRS OF FREDERICK D. MURCHISON; AND TONNIE SAVAGE SPECIAL ADMINISTRATRIX OF THE ESTATE OF FREDERICK D. MURCHISON,

Appellants,

vs.

RENO DODGE SALES, INC., A DOMESTIC CORPORATION,

Respondent.

No. 65567

**FILED**

OCT 2 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Jerome Polaha, District Judge
Calvin R.X. Dunlap and Associates
Perry & Westbrook, P.C.
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-35947